UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WALKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. WECHSLER, et al.,<br><br>　　　　Defendants. | 1:16-cv-01417 DAD JLT (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

　　　Plaintiff is detained pursuant to California Welfare and Institutions Code § 6600 et seq. As such, he is a civil detainee and is not a prisoner within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

　　　Dated:   **September 30, 2016**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE